IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WIN AND SON, INC., ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 13-5977 |

## ORDER

**AND NOW**, this 18th day of February, 2014, upon consideration of the Defendant Mr. D's Plumbing and Heating, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint (Docket No. 22), Defendant Synertech, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint (Docket No. 21), and Plaintiffs' responses to both Motions, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motions are **GRANTED** insofar as they seek dismissal of the claims asserted against Mr. D's and Synertech in Count I-VI of the Amended Complaint, and the claims asserted against Mr. D's and Synertech in Counts I-VI of the Amended Complaint are **DISMISSED** as to those Defendants.

2. The Motions are **DENIED** insofar as they seek dismissal of the claims asserted against Mr. D's and Synertech in Counts VII and VIII of the Amended Complaint.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.