IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WIN AND SON, INC. and | : | |
| HUAN YI YU, | : | CIVIL ACTION |
| Plaintiffs, | : | No. 13-cv-5977 |
| v. | : | |
| CITY OF PHILADELPHIA et al., | : | |
| Defendants. | : | |

### ORDER

This 10th day of February, 2016, upon consideration of the Motions for Summary Judgment filed by Plaintiffs, Defendant the City of Philadelphia, and Defendant USA Environmental Management, Inc., and the responses and replies thereto, it is hereby **ORDERED** as follows:

1. Defendant the City of Philadelphia's Motion for Summary Judgment is **GRANTED** in its entirety.  All counts asserted against the City of Philadelphia are therefore dismissed.

2. Defendant USA Environmental Management, Inc.'s Motion for Summary Judgment is **GRANTED** as it pertains to Counts II–V.

3. Plaintiffs' Motion for Summary Judgment is **DENIED** as it pertains to all Counts asserted against the City, and **DENIED** as it pertains to Counts II–V asserted against Defendant USA Environmental Management, Inc.

The Motions and Cross-Motions for Summary Judgment pertaining to the tort claims asserted against Defendants USA Environmental Management, Inc. and Pedro Palmer Construction, Inc. will be addressed in a separate ruling.

    /s/ Gerald Austin McHugh
United States District Court Judge